David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff
RON BOLAND

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RON BOLAND,<br><br>    Plaintiff,<br>v.<br><br>CARSON SMITHFIELD, LLC,<br><br>    Defendant. | Case No. 2:18-cv-00877-JAD-VCF<br><br>**NOTICE OF DISMISSAL** |

  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), CARSON SMITHFIELD, LLC, the Defendant, not having filed or served answers or motions for summary judgment; the Plaintiff in the above-entitled action, as to CARSON SMITHFIELD, LLC requests, authorizes, and directs the Clerk of the Court to enter a judgment of dismissal, each party to bear its own attorney's fees and costs.

  Dated:   May 22, 2018

            Respectfully submitted,

            By:  /s/David H. Krieger, Esq.
                David H. Krieger, Esq. (Nevada Bar No. 9086)
                HAINES & KRIEGER, LLC
                8985 S. Eastern Avenue, Suite 350
                Henderson, Nevada 89123
                *Attorney for Plaintiff*